Christopher W. Anderson, Respondent, v. Charles B. Wallace, Appellant. — Order re-

Fifth Department, October Term, 1885.

versed. Opinion by Barker, J.; Bradley, J., taking no part.